UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PAUL ROBERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-04110-TWP-DML |
| | ) | |
| DR. PAUL TALBOT; | ) | |
| WEXFORD HEALTH SOURCES; and | ) | |
| CORIZON MEDICAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Granting Motion to Amend Complaint,
Screening Amended Complaint, and
Directing Issuance and Service of Process**

I. Motion to Amend Complaint

Plaintiff Paul Roberson's January 8, 2018, motion to amend his complaint, dkt. [12], is **granted**. The **clerk is directed** to file the tendered attachment, dkt. 12-1, as plaintiff's first amended complaint.

II. Screening of the Amended Complaint

The amended complaint is subject to screening pursuant to 28 U.S.C. § 1915A. Mr. Roberson contends that Dr. Paul Talbot, a medical doctor at Indiana's Pendleton Correctional Facility, was deliberately indifferent to his serious medical needs through a variety of conduct and omissions. For example, Mr. Roberson asserts that Dr. Talbot has refused to perform needed medical treatment, changed Mr. Roberson's medications to save the medical contractor money, misdiagnosed his chronic conditions, mistreated his heart condition, failed to properly respond to medication allergies, ignored his pain, and falsified his medical records. These allegations are sufficient to state an Eighth Amendment deliberate indifference claim against Dr. Talbot.

Mr. Roberson also asserts that Dr. Talbot's current and former employers, Wexford Health Sources and Corizon Medical Services, respectively, were deliberately indifferent to his serious medical needs when they knowingly and purposefully hired and retained Dr. Talbot to provide medical services to him. He asserts these companies knew that Dr. Talbot would commit malpractice and be deliberately indifferent to serious medical needs by discontinuing or replacing medications, refusing to authorize proper treatments and procedures, and not properly treat him and other inmates. Mr. Roberson's Eighth Amendment claims against Wexford and Corizon **shall proceed**.

The amended complaint shall be the operative complaint.

### III. Issuance and Service of Process

The **clerk is designated** pursuant to *Fed. R. Civ. P.* 4(c)(3) to issue process to defendants Dr. Paul Talbot, Wexford Health Sources, and Corizon Medical Services in the manner specified by Rule 4(d). Process shall consist of the amended complaint, applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Entry.

### IV. Obligation to Update Address

The Court must be able to communicate with pro se parties through the United States mail. Plaintiff shall report any change of address to the Court, in writing, within ten days of any change. The failure to keep the Court informed of a current mailing address may result in the dismissal of this action for failure to comply with Court orders and failure to prosecute.

**IT IS SO ORDERED**.

Date: 1/10/2018

*[signature]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paul Roberson
218764
Pendleton Correctional Facility
Electronic Service Participant – Court Only

Dr. Paul Talbot
Medical Provider
Pendleton Correctional Facility
4490 W Reformatory Rd
Pendleton, IN 46064

Wexford Medical Services
c/o Douglas P. Long, Registered Agent
500 N. Meridian, Suite 300
Indianapolis, IN 46204

Corizon Medical Services
3737 North Meridian
Indianapolis, IN 46208

Courtesy Copies to:

  Douglass R. Bitner
  Katz Korin Cunningham, P.C.
  The Emelie Building
  334 North Senate Avenue
  dbitner@kkclegal.com

  Jeb Adam Crandall
  Bleeke Dillon Crandall Attorneys
  8470 Allison Pointe Boulevard
  Suite 420
  Indianapolis, IN 46250
  jeb@bleekedilloncrandall.com